IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEOFF WINKLER, *Receiver for Profit Connect Wealth Services, Inc.*, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY NICHOLAS, TROY SUTTON, and ALLIANZ LIFE FINANCIAL SERVICES, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:23-CV-074-C |

### RULE 54(b) JUDGMENT

On this day, the Court granted Plaintiff's Agreed Motion to Dismiss with Prejudice as to Troy Sutton. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant Troy Sutton are hereby **DISMISSED WITH PREJUDICE**. Each Party shall bear its own costs and fees. This judgment shall be a final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to these claims only.

Dated this 4th day of March, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE