IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GEOFF WINKLER, RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC.<br>Plaintiff, | § § § § § | |
| v. | § § | Case No. 5:23-CV-74 |
| JEFFREY NICHOLAS,<br>Defendant. | § § § | |

## AGREED JUDGMENT

Before the Court is the Motion to Enter Agreed Judgment filed by Plaintiff, Geoff Winkler, Receiver for Profit Connect Wealth Services, Inc. (the "Plaintiff" or "Receiver") against Jeffrey Nicholas ("Defendant").

**THE COURT FINDS** that Plaintiff and Defendant have settled their claims against one another and agreed that this Agreed Judgment should be entered by the Court;

**THE COURT FINDS** that pursuant to the Settlement Agreement, Defendant agreed to pay Plaintiff $500,000.00.

**THE COURT FINDS** that Defendant did not pay Plaintiff pursuant to the terms of the Settlement Agreement.

**IT IS THEREFORE ORDERED AND DECREED** that Plaintiff have judgment against Defendant in the amount of $2,075,000.00 less the amount(s) paid to date under the Settlement Agreement, if any.

All costs and fees shall be borne by the party incurring the same.

This is a **FINAL AGREED JUDGMENT** which disposes of all claims by Plaintiff and Defendant. All relief not expressly granted is denied. All writs may issue to enforce this judgment.

_____
Judge Presiding

AGREED AS TO FORM AND CONTENT

_____
Plaintiff Geoff Winkler, Receiver for Profit Connect Wealth Services, Inc.

_____
Defendant Jeffrey Nicholas

2